## CROSS v. RESIDENTIAL SUPPORT SERVICES

No. 409P96

Case below: 123 N.C.App. 616

Upon petition by defendant for discretionary review pursuant to G.S. 7A-31, case is remanded 7 February 1997 to the North Carolina Court of Appeals for consideration in light of Lyles v. City of Charlotte, 344 N.C. 676 (1996).

## DAUGHTRY v. CASTLEBERRY

No. 459PA96

Case below: 123 N.C.App. 671

Petition by plaintiffs for writ of certiorari to review the decision of the North Carolina Court of Appeals allowed 7 February 1997.

## EMERSON PHARES LUMBER CO. v. GOSHA

No. 525P96

Case below: 124 N.C.App. 457

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.

## FOSTER v. SUTER

No. 529P96

Case below: 124 N.C.App. 457

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.

## HEMMINGS v. GREEN

No. 456P96

Case below: 122 N.C.App. 191

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.